**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08-CR-174 |
| | ) | |
| RAMON AVILES-CANO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE # 14), filed on November 25, 2008. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Ramon Aviles-Cano's plea of guilty, and **FINDS** the Defendant guilty of Counts 1 and 2 of the Indictment.

A sentencing hearing will be scheduled by separate order.

**DATED: December 17, 2008**     /s/RUDY LOZANO, Judge
                                 **United States District Court**